IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ICA GROUP, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-6156 |
| | : | |
| **TAGGART GLOBAL, LLC** | : | |

## ORDER

**AND NOW**, this 14th day of January, 2013, upon consideration of the Defendant's Motion to Dismiss Complaint Due to Improper Venue or, Alternatively, to Transfer Venue (Document No. 4), the plaintiff's response, the defendant's reply, and plaintiff's sur-reply, it is **ORDERED** that the motion is **GRANTED** and this action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania, pursuant to 28 U.S.C. § 1406(a).

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.